# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

ADEAYO TURTON, : No. 252 EAL 2022
:
      Petitioner :
:
: Petition for Allowance of Appeal
: from the Order of the Superior Court
      v. :
:
:
:
SAKS FIFTH AVENUE, LLC, :
:
      Respondent :

## ORDER

**PER CURIAM**

    **AND NOW**, this 15th day of March, 2023, the Petition for Allowance of Appeal and the Application to Strike are **DENIED**.